UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARTH ALLEN EDBORG,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SKAGIT COUNTY,<br><br>　　　　　　　Defendant. | Case No. C19-1055-RSL<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff Garth Allen Edborg filed a *pro se* prisoner civil rights complaint on July 8, 2019, without paying the filing fee or submitting an application to proceed *in forma pauperis*. Dkt. 1. On July 9, 2019, the Clerk notified plaintiff he must either pay the filing fee or submit an IFP application and that if he did not do so by August 8, 2019, his case may be dismissed. Dkt. 2. As of this date, plaintiff has submitted nothing to the Court. Accordingly, the Court recommends plaintiff's complaint be dismissed without prejudice and the matter be closed.

A proposed order accompanies this Report and Recommendation. Objections, if any, to this Report and Recommendation must be filed by August 28, 2019, and the Clerk shall note the matter as ready for the Court's consideration. Objections shall not exceed four (4) pages. The failure to timely object may affect the right to appeal.

REPORT AND RECOMMENDATION - 1

1  The clerk shall provide a copy of this order to plaintiff.

2  DATED this 14th day of August, 2019.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2